228

**Karl Kevin HILL, Plaintiff–Appellant,**

v.

**Joel ZIEGLER, Warden; PA–C HSA Lewis Brescoach; Michael Waters, Physician, Defendants–Appellees.**

No. 11–6014.

United States Court of Appeals, Fourth Circuit.

Submitted: June 16, 2011.

Decided: June 20, 2011.

Karl Kevin Hill, Appellant pro se. Helen Campbell Altmeyer, Assistant United States Attorney, Daniel W. Dickinson, Jr., Office of the United States Attorney, Wheeling, West Virginia, for Appellees.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karl Kevin Hill appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no re-versible error. Accordingly, we affirm for the reasons stated by the district court. *Hill v. Ziegler*, No. 2:09–cv–00142–JPB–JES, 2010 WL 3945003 (N.D.W.Va. Oct. 7, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*